No. 91–5412. MOORE v. RUDIN ET AL. C. A. D. C. Cir. Certiorari denied.

No. 91–5413. HUNTER v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 91–5414. MUHAMMAD v. COWLEY, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 91–5415. HENTNIK v. TEXAS. Ct. App. Tex., 4th Dist. Certiorari denied.

No. 91–5417. ROWE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 91–5418. MARKKULA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–5420. RONSON v. DROHAN, ACTING SUPREME COURT JUDGE, BRONX COUNTY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 91–5421. SANFORD v. WEST VALLEY MUNICIPAL COURT. Sup. Ct. Cal. Certiorari denied.

No. 91–5422. EARL v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 91–5423. WILLIAMS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–5424. CASTRO-FIERRO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–5425. CASTANEDA-MADERO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–5426. DEBARDELEBEN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–5427. BOWDEN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–5430. BROWN v. DISTRICT OF COLUMBIA ET AL. C. A. D. C. Cir. Certiorari denied.